**Mrs. Lucretia BIVENS, as Legal Guardian of Raymond Jackson, an Incompetent, v. Davis A. JACKSON et al.**

No. 2122.

Circuit Court of Appeals, Tenth Circuit.

Nov. 18, 1940.

F. E. Riddle, of Tulsa, Okl., for appellant.

Forrest M. Darrough, of Tulsa, Okl., for appellees.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed at costs of appellant, for failure to prosecute.

**CINCINNATI, NEW ORLEANS & TEXAS PACIFIC RAILROAD CO., a Corporation, Appellant, v. Frona HUGHETT, Administratrix of the Estate of Willard Hughett, Deceased, Appellee.**

No. 8727.

Circuit Court of Appeals, Sixth Circuit.

Nov. 15, 1940.

Galvin & Tracy and J. Louis Kohl, all of Cincinnati, Ohio, for appellant.

Mark D. Eagleton, of St. Louis, Mo., and William J. Deupree, of Covington, Ky., for appellee.

Before HICKS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel this day filed in this cause, it is ordered, adjudged and decreed that the judgment of the District Court of the Eastern District of Kentucky rendered herein be and the same is hereby set aside and reversed, and this cause is hereby remanded to the said District Court for further proceedings and action therein as may be deemed necessary to carry out the agreed settlement of the parties.

**W. A. COLLINS et al., Appellants, v. SOUTHWESTERN GREYHOUND LINES, Inc.**

No. 11805.

Circuit Court of Appeals, Eighth Circuit.

Nov. 23, 1940.

K. T. Sutton, of Helena, Ark., for appellants.

Rose, Loughborough, Dobyns & House, of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice, at costs of appellants but without taxation of attorneys' docket fee in favor of appellee, per stipulation.

**COMMISSIONER OF INTERNAL REVENUE v. ESTATE of Giles W. MEAD, Deceased, Arthur L. Erb and Elise G. Mead, Executors.**

No. 9605.

Circuit Court of Appeals, Ninth Circuit.

Dec. 23, 1940.

PER CURIAM.

Dismissed under Rule 16 of the Rules of Practice of the Court of Appeals for the Ninth Circuit.